METROPOLIS COUNTRY CLUB, INC., Respondent, v. THOMAS F. LEWIS, as President of Building Service Employees International Union, Local 32E, A. F. of L., et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Carswell, Johnston, MacCrate and Schmidt, JJ. Motion for reargument denied, with $10 costs. Motion for leave

to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ. [See *ante,* p. 816.]